

# ORIGINAL

United States District Court ,Northern District of Texas ,Dallas Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 4 2010
CLERK, U.S. DISTRICT COURT
By
Deputy

VCX Ltd Inc.
vs.
IP 98.210.248.46
File #196111

Case No. 3:10-cv-01702-B
NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS
Date: October, 10 2010
United States District Court ,Northern District of Texas ,Dallas Division
Judge: Jeff Kaplan

Date Action Filed: September, 9 2010

To VCX Inc, plaintiff, and to Evan Stone, his/her attorney of record:

NOTICE IS GIVEN that defendant IP 98.210.248.46 appears specially to make this motion only and, so specially appearing, does and will, on as soon thereafter as the matter may be heard, in United States District Court ,Northern District of Texas ,Dallas Division of this court, located at 1100 Commerce street, Dallas Texas, 75242, move for an order quashing the service of summons on this defendant [and staying or dismissing the action]. The motion will be made on the ground(s) IP 98.210.248.46's computers Wi-Fi was not and has never been locked. Therefore, allowing unauthorized access to other people. Unbeknown to IP 98.210.248.46 other persons were able to access IP 98.210.248.46 internet service. IP 98.210.248.46 lives in a multi family dwelling, where apparently several persons may have access to IP 98.210.248.46 IP address and were able to illegally download from IP 98.210.248.46 internet service. Subsequently, IP 98.210.248.46 has taken precautions with the IP address and has locked the Wi-Fi and, is willing to make whatever changes to IP address to prevent any further incidents.

October, 10 2010

IP 98.210.248.46
File #196111

FedEx US Airbill

**1 From**
Date: 10/13/10
Sender's FedEx Account Number: F/N 19611
Sender's Name: (illegible)
Phone: 408-228-8787
Company: CAX 103730
Address: 1103 G Madison Ave
City: Redwood City   State: CA   ZIP: 19046

**2 Your Internal Billing Reference:** USDC

**3 To**
Recipient's Name: (illegible)
Company: (illegible)
Address: 1100 Commerce ST  #1452
City: Dallas   State: TX   ZIP: 75242

Tracking Number: 8737 7665 3023

**4a Express Package Service**
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight

**5 Packaging**
☒ FedEx Envelope

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?
☒ No
☐ Yes

**7 Payment Bill to:**
☒ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages: 1
Total Weight:
Total Declared Value:

FedEx Label:
THU – 14 OCT A1
PRIORITY OVERNIGHT
TRK# 0200 8737 7665 3023
75242 TX-US
DFW

AD RBDA
726
3 B
3023
10.14