ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 14 2010
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
CIVIL ACTION NO. 3:10-cv-01702-B

VCX Ltd. Inc., )
)
Plaintiff, )
)
v. )
)
Does 1-113., )
)
Defendant. )
)

3:10 cv 1702

DOE 36'S MOTION TO QUASH SUBPOENA

1. Doe 36, hereby respectfully requests that this honorable court quash the subpoena, purportedly served upon Comcast Legal Compliance. As grounds therefore, Defendant, Doe 36 states as follows:

a) Internet Protocol ("IP") addresses generally are dynamic in that they often change.
b) Dynamic IP addresses are susceptible to intrusion by others seeking to act anonymously.
c) There is no proof that the IP address assigned to Doe 36 was actually being used by Doe 36.
d) Doe 36 contends that s/he did not use the IP address for the purpose of downloading any item illegally, including the movie alleged in the complaint.
e) As Doe 36's IP address was used by an unknown third-party to allegedly conduct the illegal activity without Doe 36's knowledge or consent, Doe 36 is not liable for such action.
f) Further, Doe 36 provided Comcast with personal and private information for purpose of receiving internet services.
g) Doe 36 did not provide Comcast his/her personal and private information so that they may reveal it to other parties seeking unjustified and improper legal actions against them.
h) Doe 36 had no knowledge that providing Comcast with such personal and private information would result in this type of usage.
i) The subpoena should be quashed pursuant to Fed.R.Civ.P 45 (C)(3)

2. The plaintiff alleges copyright infringement. Doe 36 has no knowledge of the alleged activity, and we have a defense to the plaintiff's claim.

3. Our defense presents questions of law and fact that are common to this action.

Date: October 13, 2010

Doe 36

CERTIFICATE OF CONFERENCE

I was unable to confer with Evan Stone, attorney for Plaintiffs, as my research did not reveal this requirement until the day before my motion to quash was required to be filed. Pursuant to the letter I received from Comcast my motion is required to be filed by October 14, 2010.

Doe 36


FedEx
THU - 14 OCT A1
PRIORITY OVERNIGHT
TRK# 0200 8739 6029 5378
XH RBDA
75242
TX-US
DFW
#107592 10/13 50AG1/26EF/278D
RT 726 3 B
5378 10.14
FZ
RECEIVED
BY
OCT
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FedEx Express
For FedEx ... Shipments Only
Contents should be compatible with th
FedEx Express US Airbill
FedEx Tracking Number 8739 6029 5378
0200 Form ID No.
FedEx Retrieval Copy
1 From
Date 10/13/10
Sender's FedEx Account Number
Sender's Name Aileen Grimes
Phone 781 555-1832
Company
Address 83 Emily Jeffers Rd
City Randolph
State MA
ZIP 02368
2 Your Internal Billing Reference
3 To
Recipient's Name
Phone
Company United States District Court
Address Northern District of Texas
Address 1100 Commerce St. Rm 1452
City Dallas
State Texas
ZIP 75242
HOLD Weekday
HOLD Saturday
4a Express Package Service
FedEx Priority Overnight
FedEx Standard Overnight
FedEx First Overnight
FedEx 2Day
FedEx Express Saver
4b Express Freight Service
FedEx 1Day Freight
FedEx 2Day Freight
FedEx 3Day Freight
5 Packaging
FedEx Envelope
FedEx Pak
FedEx Box
FedEx Tube
Other
6 Special Handling and Delivery Signature Options
SATURDAY DELIVERY
No Signature Required
Direct Signature
Indirect Signature
Does this shipment contain dangerous goods?
No
Yes
Dry Ice
Cargo Aircraft Only
7 Payment Bill to:
Sender
Recipient
Third Party
Credit Card
Cash/Check
Total Packages 1
Total Weight 0.1 lbs.
31.33
909
Insert airbill here
fedex.com 1.800.GoFedEx 1.800.463.3339
8739 6029 5378
Rev. Date 2/10 • Part #158281 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY