## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| VCX LTD., INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-1702-B |
| "DOES 1-113", | § § § | |
| Defendants. | § | |

### ORDER

Defendant John Doe's Motion to Quash Summons (doc. 9) and Defendant John Doe's Motion to Quash Subpoena (doc. 10) are **REFERRED** to **United States Magistrate Judge Jeff Kaplan** for hearing, if necessary, and recommendation or determination, to this Court. *See* 28 U.S.C. § 636(b) (1993).

Future pleadings concerning these motions *shall be filed with a transmittal letter addressed to Magistrate Judge Kaplan* so copies can be sent directly to him without delay.


SO ORDERED.

SIGNED October 20, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -