**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| VCX Ltd., Inc., <br> A NEVADA CORPORATION, <br>     PLAINTIFF, <br> <br> VS. <br> <br> DOES 1-113 <br> <br>     DEFENDANTS. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> <br> <br> C.A. NO.: 3:10-cv-01702-F |

**NOTICE OF DISMISSAL AGAINST REMAINING DEFENDANTS**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of dismissal against all remaining defendants in this matter.  This notice has been submitted prior to any defendant having filed an answer or motion for summary judgment in this case.  As a matter of law, Plaintiff retains the right, and expressly reserves the right, to re-file these claims against any of these defendants, jointly or as individuals.

                        Respectfully Submitted,
                        VCX Ltd., Inc.

**DATED:** February 28, 2011

                        s/ *E. F. Stone*
                        Evan Stone
                        State Bar No. 24072371
                        624 W. University Dr., #386
                        Denton, Texas  76201
                        e-mail: lawoffice@wolfe-stone.com
                        469-248-5238